# EXHIBIT B



# Addendum to Farmers Insurance Group of Companies Agent Appointment Agreement

This addendum is between _Ganon_                    _VanDyke_
(hereinafter called the "Agent") and Farmers Insurance Exchange, Truck Insurance Exchange, Fire Insurance Exchange, Mid-Century Insurance Company, Farmers New World Life Insurance Company, and _____

_____ ,

all hereinafter collectively called the "Companies") and modifies the Agent Appointment Agreement ("Agreement"), and becomes a part of the Agreement between Agent and the Companies, by adding as an additional ground for immediate termination of the Agreement, a new sub-paragraph 6. to paragraph C, to read as follows:

"6. Termination of Agent's Horizontal Marketing Agreement."

I, the undersigned Agent, acknowledge that this Addendum to the Agent Appointment Agreement, along with the Agent Appointment Agreement was delivered to me on ___**DEC 0 1 2007**___ and by signing below, accept appointment by the Companies as an agent under the terms of this Addendum and the Agent Appointment Agreement.

For the Companies listed at the beginning of this Addendum.

By:_____
Signature of Authorized Representative

Jason M. Crowley
Printed or Typed Name of Authorized Representative

_____AD Wholesaler_____
Title

_____11/29/07_____
Date (mm/dd/yyyy)

Agent: _____
Signature of Agent

_____11-29-07_____
Date (mm/dd/yyyy)

Ganon                    VanDyke
Printed or Typed Name of Agent

32-7693  1-05



# Career Agent Program Subsidy Addendum

This Addendum to the Agent Appointment Agreement ("Addendum"), is between Farmers Insurance Exchange, Mid-Century Insurance Company, Truck Insurance Exchange, Fire Insurance Exchange, Farmers New World Life Insurance Company and _____

_____

all referred to collectively, but not jointly and severally, as the "Companies" and _____

Ganon                                             VanDyke                                             ("Agent").

This Addendum is effective on _12/01/2007_____, and the Agent Appointment Agreement ("Appointment") is modified as follows. Except as modified in this Addendum, all of the provisions of the Appointment are and remain in full force and effect.

## 1. Subsidy Level

For appointment of Agent to the Career Agent Program and to assist Agent to develop as a full-time agent, the Companies will provide Agent Subsidy Loan advances that Agent qualifies for under the Schedules attached to this Addendum for the time periods that follow:

Subsidy Level Schedule I - Months 1 through 6 after the effective date.

Subsidy Level Schedule II - Months 7 through 24 after the effective date.

Subsidy Level Schedule III -Months 13 through 24 after the effective date.

## 2. Agent's Obligation for Subsidy Loan Advanced to Agent by the Companies.

The Agent is obligated and agrees to repay to the Companies Subsidy Loan according to the following: 50% of the Subsidy Loan paid in the first twelve months (1 through 12) of the Career Agent Program and 100% of all Subsidy Loan paid in the second 12 months (13 through 24) of the Career Agent Program.

## 3. Conditions for Continuation of Loan Advances and Performance Standards

Loan payments will continue provided Agent produces and issues the minimum standards (all requirements are Policies Issued and Paid) pursuant to the requirements below:

| Three-Month Requirement | | | Accumulated Requirement | | |
|---|---|---|---|---|---|
| Months | P & C | Life | Months | P & C | Life |
| 1 through 3 | 40 | 4 | 1 through 3 | 40 | 4 |
| 4 through 6 | 40 | 4 | 1 through 6 | 80 | 8 |
| 7 through 9 | 40 | 4 | 1 through 9 | 120 | 12 |
| 10 through 12 | 40 | 4 | 1 through 12 | 160 | 16 |
| 13 through 15 | 40 | 4 | 1 through 15 | 200 | 20 |
| 16 through 18 | 40 | 4 | 1 through 18 | 240 | 24 |
| 19 through 21 | 40 | 4 | 1 through 21 | 280 | 28 |
| 22 through 24 | 40 | 4 | 1 through 24 | 320 | 32 |

Production requirements reflected in this Addendum will be based on the Companies' closing dates for the insuring entity issuing the policy and as reflected in the Agent's folio from _8 0 1_____ to _9 1 3_____ as reported on the Career Agent Performance Report (currently Form OV-19). Life Issued and Paid requirements are measured on a net issue basis as measured by the OV-19.

32-8265   4-06   Page 1 of 3

If Agent fails to meet these Three-Month or Accumulated Requirements, the Companies may discontinue Subsidy Loan payments to Agent immediately.

## 4. Failure to Achieve Subsidy Performance Standards.

If Subsidy Loan has been discontinued for failure to meet the performance standards under the Three-Month or Accumulated Requirements described in Paragraph 3, Agent will begin repayment of Subsidy Loan balance. Repayment will be 25% of the gross commission folios for each month commencing with the first folio after loan advances by the Companies are discontinued.

If after Subsidy Loan payments have been discontinued for failure to meet the Three-Month or Accumulated Requirements performance standards, and Agent fails to meet the next Three-Month or Accumulated Requirements, all training will cease and the Appointment may be terminated immediately. Agent will be responsible for the repayment of all subsidies received until the Subsidy Loan is paid in full according to the terms described in Paragraph 7, following.

If after Subsidy Loan has been discontinued for failure to meet the Three-Month or Accumulated Requirements described in Paragraph 3 and Agent meets the next Three-Month and Accumulated Requirements, subsidy levels previously qualified for will be reinstated for future loan disbursements, but not retroactively for amounts not disbursed due to Agent's prior failure to meet the then required Three-Month or Accumulated Requirements. Any subsequent subsidy loan payments will be subject to meeting the continuing Three-Month and Accumulated Requirements.

## 5. Repayment of Subsidy.

If the Agent meets the 24 month Accumulated Requirements in Paragraph 3, repayments of Subsidy Loan will be made monthly and will commence on the 31st month by folio deduction at the rate of $100 per month or 2% of the total amount owed, whichever is greater, until the loan is paid in full.

If Agent fails to meet the 24 month Accumulated Requirements in Paragraph 3, Subsidy Loan repayments will be made monthly and will commence on the 25th month by folio deduction. Repayment will be by folio deduction at the rate of $100 per month or 2% of the total amount owed, whichever is greater, and continuous until the loan balance is paid in full.

## 6. Earned Waiver of Subsidy Loan Repayment- Run To Daylight.

a) Agent must complete the 24 month period for performing the minimum standards of the Policies Issued and Paid requirement and have accomplished the 24 month Accumulated Requirements to be eligible for any waiver of subsidy. Agent must successfully complete the Farmers Business Builder Career Development System, including associated assessments, within two years of the Career Appointment date to be eligible for any waiver of subsidy. If Agent has sufficient levels of 3XX Series Policies in Force ("PIF") at the end of 24, 36 and 48 months after Appointment, Agent's obligation to repay the Subsidy Loan advanced can be waived. Subsidy not waived at 24, 36 and 48 months will be repaid at 2% or $100 monthly, whichever is greater, until paid in full.

b) At the conclusion of 24 months, the entire aggregate Subsidy Loan amount paid to the Agent will be determined. One-third (1/3) of the aggregate amount will be eligible for waiver of Agent's obligation to the Companies based on PIF at the end of 24 months (year 2) of the Agent's Appointment. One-third (1/3) will be eligible for waiver of Agent's obligation to the Companies based on PIF at the end of 36 months (year 3) after Agent's Appointment. The final one-third (1/3) of Agent's obligation will be eligible for waiver by the Companies based on PIF at the end of 48 months (year 4) after Agent's appointment. Agent must meet the PIF levels described in the following schedule to be eligible for the Companies granting a waiver of the Subsidy Loan eligible for waiver:

### Subsidy Loan Waiver Schedule — Policies in Force 3XX Code
* As measured by the Career Agent Performance Report (OV-19)

|  | P&C PIF | Life PIF |
|---|---|---|
| **24 Months** | 600 | 50 |
| **36 Months** | 900 | 75 |
| **48 Months** | 1200 | 100 |

## 7. Termination of Agent Appointment Agreement.

Upon termination of the Appointment by either the Companies or Agent, the full amount of any Subsidy Loan provided by the Companies to Agent under this Addendum shall be immediately due and repayable by Agent to the Companies.

Agent further agrees that the Companies will have the first lien in the amount of any unpaid balance of the Subsidy Loan, upon any amounts Agent or a nominee may at anytime be entitled to receive from the Companies upon termination of the Agent's Appointment.

Unless otherwise agreed in writing by Agent and the Companies, termination of the Appointment or Addendum shall not cancel any of the provisions that specifically pertain to the rights and obligations of Agent or the Companies upon termination that by their nature or terms are intended to survive termination of the Appointment.

## 8. Companies Right to and use of Consumer Report on Agent.

Agent agrees to the following:

If Agent fails in any respect to repay Agent's Subsidy Loan, Agent hereby authorizes any consumer-reporting agency to furnish a consumer report on Agent to the Companies at the Companies' sole request to the consumer-reporting agency without further notice to Agent.

The Companies have a legitimate and permissible purpose and business need in obtaining a consumer report on Agent in connection with the Subsidy Loan transaction between the Companies and Agent. This clause and Agent's signature below serves as Agent's sufficient and written instruction to a consumer-reporting agency to furnish a consumer report on Agent to the Companies.

The Companies may furnish, without further authorization by Agent or further notice to Agent, a consumer report on Agent to a third party for such third party's aid in collecting Subsidy Loan amounts owed by Agent.

For the Companies listed at the beginning of this Addendum.

By:_____    ___AD Wholesaler___
        Signature of Authorized Representative                              Title

_____    __11/29/07__
        Jason M. Crowley                                          Date (mm/dd/yyyy)
        Printed or Typed Name of Authorized Representative

Agent:_____    __11-29-07__
        Signature of Agent                                      Date (mm/dd/yyyy)

Ganon_____VanDyke_____
                Printed or Typed Name of Agent



# Addendum to Career Agent Program Subsidy Addendum for Non-Series 6 and 63 Licensed Career Agents

I am appointed as a career agent under an Agent Appointment Agreement with the Companies dated __12/01/2007__.

As of the date of this Addendum, I have not obtained NASD Series 6 and 63 licenses.

In order to continue my appointment and Agent Appointment Agreement with the Companies, I agree to the following requirements set forth in this Addendum.

### Guideline details and requirements are specified below:

■ I must issue a minimum of 160 P&C and 24 Life policies by the end of the twelfth month of the career program. If I do not issue these production requirements, then my Agent Appointment Agreement will be terminated immediately.

■ If I fail to secure my Series 6 and 63 licenses during the first six (6) months on the career program, then the maximum subsidy level available to me is the "Bronze" subsidy level, which matches new business commissions from $501 - $2,000. To qualify for this subsidy, I must issue at least 80 P&C policies and 8 Life policies within six months of my appointment as a career agent.

■ If I obtain my Series 6 & 63 licenses prior to month 12, this Addendum is no longer in effect and I am eligible for "Diamond" subsidy level based on performance standards established.

I acknowledge that failure to meet the minimum production requirements as detailed in the Agent Subsidy Addendum will result in the termination of my Agent Appointment Agreement.

This Addendum supersedes any of my prior Non-Series 6 and 63 Addenda to the Career Agent Program.

For the Companies listed at the beginning of the Career Agent Program Subsidy Addendum.

By: _____
Signature of Authorized Representative

AD Wholesaler
Title

_____
Jason M. Crowley
Printed or Typed Name of Authorized Representative

11 / 29 / 07
Date (mm/dd/yyyy)

Agent: _____
Signature of Agent

11-29-07
Date (mm/dd/yyyy)

Ganon                      VanDyke
Printed or Typed Name of Agent



# FARMERS

# Subsidy Level Schedule I to the Career Agent Program Subsidy Addendum

This Schedule I to the Career Agent Program Subsidy Addendum ("Addendum") between _____ Ganon _____ VanDyke _____ ("Agent") and the Companies that are parties to the Addendum is amended as provided in this Schedule I. Except as modified as follows, all of the provisions of the Addendum and Agent Appointment Agreement shall be and remain in full force and effect.

1. The effective date of this Schedule I is _____ 12/01/2007 _____.

2. For the appointment of Agent by the Companies to the Career Agent Program and to assist Agent to develop as a full-time Agent, the Companies agree to pay Agent all net commissions earned, plus $1,500 per month as a loan for a period of the first six months.

   a. The loan payments will continue for the six month period provided Agent produces and issues a minimum of 40 P&C policies and four Life policies during the first three months of the career program. If Agent fails to produce and issue 40 P&C policies and four Life policies during the first three months, the Companies will discontinue loan payments immediately for months four through six and the Agent will be subject to the provisions of the Addendum.

   b. Pursuant to the Performance Requirement standards below, Agent performance in the first six months of the Career program will determine level of Subsidy loan payments available (if any) for Subsidy Level Schedule II.

| P&C Policies Issued | Life Policies Issued | Eligible for |
|---|---|---|
| 60 | 5 | No Additional Subsidies |
| 80 | 8 | BRONZE Match Subsidy Program |
| 100 | 10 | SILVER Match Plus Subsidy Program |
| 120 | 12 | GOLD Leads Subsidy Program |
| 150 | 15 | PLATINUM Staff Subsidy Program |

   c. If the Agent produces and issues less than 60 P&C policies and five Life policies during the first six months, all training will cease, and the Agent Appointment Agreement will be terminated immediately by the Companies; and Agent will be subject to the provisions, including the provision for repayment of money loaned to Agent, of the Addendum and the Agent Appointment Agreement.

For the Companies listed at the beginning of the Agent Appointment Agreement.

By:_____
Signature of Authorized Representative

_____
Jason M. Crowley
Printed or Typed Name of Authorized Representative

Agent: _____
Signature of Agent

Ganon _____ VanDyke
Printed or Typed Name of Agent

AD Wholesaler
Title

11/29/07
Date (mm/dd/yyyy)

11-29-07
Date (mm/dd/yyyy)

32-8266  4-06



# Subsidy Level Schedule II to the
# Career Agent Program Subsidy Addendum

This Schedule II to the Career Agent Program Subsidy Addendum ("Addendum") between _____ .
Ganon _____ VanDyke _____ ("Agent")
and the Companies that are parties to the Addendum is amended as provided in this Schedule II. Except as modified as follows, all of the provisions of the Addendum and Agent Appointment Agreement shall be and remain in full force and effect.

1. The effective date of this Schedule II is _____ .

2. For Agent performance level of_____P&C Policies issued and_____Life Policies issued during the initial six months under the Addendum and Subsidy Schedule I, and to assist Agent to develop as a full-time Agent, the Companies agree to pay Agent all net commissions earned, and as a loan the Subsidy Program identified below with a "Yes" for a period up to 18 months (months seven through 24 of the Career Agent Program).

**YES/NO Indicates Level of Qualification Required (Respond to Only One of the Two Choices).**

❑ Yes ❑ No   BRONZE-Match Subsidy Program

❑ Yes ❑ No   SILVER-Match Plus Subsidy Program

**YES/NO Indicates Election of Qualified Agent (Either Gold or Both May Apply).**

❑ Yes ❑ No   GOLD-Leads Subsidy Program

❑ Yes ❑ No   PLATINUM-Staff Subsidy Program

■ BRONZE-Match Subsidy Program ($501-$2000)

If marked "Yes" above, starting in Agent's seventh month of the Career Agent Program, and continuing through the 18th month, the Companies agree to advance the Agent, as a subsidy loan, an amount equal to Agent's New Business commissions matched from $501 of monthly New Business commissions up to $2,000, not to exceed a total of $1,500 in any month. In months 19 through 24, the Companies agree to advance the Agent, as a loan, an amount equal to Agent's New Business commissions matched from $501 of monthly New Business commissions up to $1,500, not to exceed a total of $1,000 in any month. For months seven through 24, the match excludes the first $500 of New Business commissions in any given month.

■ SILVER-Match Plus Subsidy Program ($1-$2000)

If marked "Yes" above, starting in Agent's seventh month of the Career Agent Program, and continuing through the 18th month, the Companies agree to advance the Agent, as a subsidy loan, an amount equal to Agent's New Business commissions matched from $1 of monthly New Business commissions up to $2,000. In months 19 through 24, the Companies agree to pay the Agent, as a loan, an amount equal to Agent's New Business commissions matched from $1 of monthly New Business commissions up to $1,500.

■ GOLD-Leads Subsidy Program

If marked "Yes" above, starting in Agent's seventh month of the Career Agent Program, and continuing through the 24th month, the Companies agree to provide Agent, as a loan, an amount equal to a maximum of $100 monthly with a maximum of $1,800 aggregate on a reimbursement basis towards the purchase of Leads for Marketing. Said loan payment is contingent upon the availability of approved Leads in Agent's market.

To receive reimbursement, Agent must submit a Performance Plus Subsidy Reimbursement Request form to the Companies for approval showing the amount paid for the purchase of approved Leads, and verification of payment in the form of a copy of a cancelled check or receipt.

■ PLATINUM-Staff Subsidy Program

If marked "Yes" above, starting in Agent's seventh month of the Career Agent Program, and continuing through the 24th month, the Companies agree to provide Agent, as a subsidy loan, a maximum of $1,500 per month up to a total aggregate of $12,000, on a reimbursement basis for the cost of compensating approved Staff personnel.

To receive reimbursement, Agent must submit a Performance Plus Subsidy Reimbursement Request form to the Companies for approval showing compensation the agent has paid to the approved Staff person(s) for the given calendar month along with a copy of the cancelled check verifying payment.

3. The loan payments by the Companies will continue for months seven through 24 provided Agent produces and issues the minimum standards pursuant to the Three-Month and Accumulated Requirements established in the Addendum and restated below:

## Subsidy Performance Standards
### All Requirements are Policies Issued and Paid

| 3 Month Requirements | | | Accumulated Requirements | | |
|---|---|---|---|---|---|
| Months | P & C | Life | Months | P & C | Life |
| 7 through 9 | 40 | 4 | 1 through 9 | 120 | 12 |
| 10 through 12 | 40 | 4 | 1 through 12 | 160 | 16 |
| 13 through 15 | 40 | 4 | 1 through 15 | 200 | 20 |
| 16 through 18 | 40 | 4 | 1 through 18 | 240 | 24 |
| 19 through 21 | 40 | 4 | 1 through 21 | 280 | 28 |
| 22 through 24 | 40 | 4 | 1 through 24 | 320 | 32 |

4. If Agent fails to meet these Three-Month or Accumulated Requirements standards, the Companies may immediately discontinue loan payments and Agent will be subject to the provisions, including the provisions for repayment of money loaned to Agent, of the Addendum and the Agent Appointment Agreement.

For the Companies listed at the beginning of the Agent Appointment Agreement.

By: _____

Signature of Authorized Representative

AD Wholesaler

Title

Jason M. Crowley

Printed or Typed Name of Authorized Representative

11/29/07

Date (mm/dd/yyyy)

Agent: _____

Signature of Agent

11-29-07

Date (mm/dd/yyyy)

Ganon                    VanDyke

Printed or Typed Name of Agent



# Subsidy Level Schedule III to the Career Agent Program Subsidy Addendum

This Schedule III to the Career Agent Program Subsidy Addendum ("Addendum") between _____

Ganon _____ VanDyke _____

("Agent") and the Companies that are parties to the Addendum is amended as provided in this Schedule III. Except as modified as follows, all of the provisions of the Addendum and Agent Appointment Agreement shall be and remain in full force and effect.

### DIAMOND-Agent Office Subsidy Program

1. The effective date of this Schedule is _____.

2. For consideration of Agent performance level of _____ P&C Policies in Force (3XX code) and _____ Life Policies in Force (3XX code) at the end of the initial 12 months of the Career Agent Program, and to assist Agent to develop as a full-time Agent, the Companies agree to pay Agent, all net commissions earned, and as a loan a maximum of $750 per month up to an aggregate total of $6,000, on a reimbursement basis for the cost of rents for an approved office, starting in the Agent's 13th month of the Career Agent Program, and continuing through the 24th month.

   a. To receive reimbursement, Agent must submit a Performance Plus Subsidy Reimbursement Request to the Companies for approval showing approved rent the agent has paid for the given calendar month along with a copy of the cancelled check verifying payment.

   b. Loan payments may continue for months 13 through 24 provided Agent produces and issues the minimum standards pursuant to the Three-Month and Accumulated Requirements established in the Addendum and restated as follows:

### Subsidy Performance Standards
#### All Requirements are Policies Issued and Paid

| | 3 Month Requirements | | | Accumulated Requirements | |
| --- | --- | --- | --- | --- | --- |
| Months | P & C | Life | Months | P & C | Life |
| 13 through 15 | 40 | 4 | 1 through 15 | 200 | 20 |
| 16 through 18 | 40 | 4 | 1 through 18 | 240 | 24 |
| 19 through 21 | 40 | 4 | 1 through 21 | 280 | 28 |
| 22 through 24 | 40 | 4 | 1 through 24 | 320 | 32 |

   c. If Agent fails to meet the Performance Requirement standards, the Companies may immediately, discontinue loan payments and the Agent will be subject to the provisions of the Addendum and the Appointment Agreement.

For the Companies listed at the beginning of the Agent Appointment Agreement,

By: _____
Signature of Authorized Representative

Jason M. Crowley _____
Printed or Typed Name of Authorized Representative

Agent: _____
Signature of Agent

Ganon _____ VanDyke _____
Printed or Typed Name of Agent

Dmm
~~AD-Wholesaler~~
Title

11/29/07 _____
Date (mm/dd/yyyy)

11/29/07 _____
Date (mm/dd/yyyy)

32-8269  4-06



# District Manager's Participation/Guarantee Agreement Subsidy Plan

District Manager and Farmers Insurance Exchange, Truck Insurance Exchange, Fire Insurance Exchange, Mid-Century Insurance Company, Farmers New World Life Insurance Company, and _____

_____

(the "Companies"), agree as follows:

For the execution by  Ganon                                    VanDyke
("Agent") of the "Addendum to Agent Appointment Agreement - Career Agent Program Subsidy Plan and Schedules," ("Addendum"), and the agreement of the Companies to make loan payments to said Agent pursuant to the Addendum, and for benefits to be derived by the District Manager, the Companies and District Manager agree as follows:

### 1. Appointment of Agent.

District Manager recommends the appointment of the Agent to the Career Agent Program and the offering of Subsidy loan payments provided under the Addendum in the form attached as Exhibit A (attached to this agreement) by the Companies.

### 2. District Manager's Obligation of Subsidy Loan.

District Manager is obligated and agrees to repay the Subsidy Loan payments made under the Addendum in accordance with the following: 40% of all Subsidy Loan payments made to Agent in the first twelve months (1 thru 12) of the Career Agent Program.

### 3. Waiver of Subsidy Loan Obligation - Run To Daylight.

If Agent completes the 24-month career program by successfully issuing 320 P&C policies and 32 Life policies and Agent's appointment and the Addendum is not terminated prior to 24 months, and the Agent successfully completes the Farmers Business Builder Career Development System, including all associated assessments, the Companies will waive all District Manager Subsidy obligations under this agreement.

If Agent terminates prior to completion of 24 months, or if Agent fails to issue 320 P&C policies and 32 Life policies and Agent is still active after 24 months, the DM will repay the applicable percentage of the amount owed in accordance with the following schedule. This Schedule is based on Policies in Force ("PIF") in Agent's 3XX code. PIF will be determined at 24 months for active Agent or at date of termination of Agent, whichever first occurs.

| Tenure as Agent | Production Requirements | Percentage Repayable* |
|---|---|---|
| 0 to 6 Months | Below Bronze Level Subsidy | 40% Repayable |
| 7 to 12 Months | 80 P&C and 8 Life Policies In Force | 30% Repayable |
| 13 to 18 Months | 160 P&C and 16 Life Policies In Force | 20% Repayable |
| 19 to 23 Months | 240 P&C and 24 Life Policies In Force | 10% Repayable |
| 24 Months | 320 P&C and 32 Life Policies In Force | 0% Repayable |

## 4. Repayment of Subsidy.

All repayments shall be by folio deductions monthly at the rate of 1% of the amount owed or $100; whichever is greater, commencing with the first folio following the date the amount owed is determined. Monthly deductions will occur continuously until entire obligation is paid.

## 5. Termination of District Manager Appointment Agreement.

Upon termination of the District Manager Appointment Agreement ("Appointment") by the Companies or the District Manager, the full amount of any Subsidy Loan obligation under the Addendum with Agent and of the District Manager under this agreement becomes immediately due and payable.

District Manager grants the Companies a first lien in the amount of any unpaid balance due under the Addendum or this agreement, upon any amounts the District Manager, or a nominee, may be entitled to from the Companies under District Manager's Appointment, by deducting the unpaid balance from the payment of such amounts according to the then policies or procedures of the Companies.

If Agent is a Career Agent at the time the Appointment with District Manager is terminated, the Companies may impound from any monies due and payable to the District Manager in an amount equal to the District Manager's obligation under this agreement. If the District Manager's obligation is eliminated through the Agent meeting the waiver provisions in Section 3 of this agreement, the Companies will immediately pay the impounded sum to the District Manager. No interest shall be payable on any amounts impounded.

For the Companies listed at the beginning of this District Manager's Participation/Guarantee Agreement Subsidy Plan.

By:_____       AD Wholesaler
      Signature of Authorized Representative             Title

_____       11/29/07
      Jason M. Crowley            Date (mm/dd/yyyy)
      Printed or Typed Name of Authorized Representative

DM: _____       11/29/07
      Signature of District Manager          Date (mm/dd/yyyy)

_____
      Charles W. Sutter
      Printed or Typed Name of District Manager