# EXHIBIT C



**Ganon Van Dyke**

2707 S 137th Ave ste 2
Omaha, NE 68144
Work: (402)509-3303
Fax: 866-579-4252
gvandyke@farmersagent.com

05/20/2015

Rebecca Sobus
13750 Millard Ave Ste 150
Omaha, NE 68137

Dear Rebecca,

Please accept this letter of resignation from the position of insurance agent, effective Aug 22nd 2015. My last day at Farmers Insurance will be 08/22/2015.

I have accepted a position with another company that will further my growth and development in my career. I have enjoyed working at Farmers and will miss my colleagues. However, this new position will challenge my growth and further my career.

I am willing to help you in any way to make the transition as smooth as possible. Please let me know if there is anything specific that you would like me to do.

Again, it has been a pleasure working as a part of you Farmers Insurance and District 46.

Best regards,

Ganon Van Dyke
Farmers Insurance Group