# EXHIBIT D



**FARMERS**
INSURANCE

17000 W. 119th Street
Olathe, KS 66061

August 21, 2015

Ganon Van Dyke
16503 MADISON ST
OMAHA NE 68135

Ganon,

As set forth in paragraph C.5.a., of your Agent Appointment Agreement (AAA), your AAA may be terminated immediately for willful misrepresentation that is material to the operation of the Agency. Please be advised that the Companies are hereby immediately terminating your AAA. Accordingly, effective 08/21/2015, you will no longer represent the Companies. Please be reminded that the Companies expect your full compliance with the post-termination obligations set forth in your AAA.

In addition, you violated paragraphs B.2., failure to service all policyholders of the Companies in such a manner as to advance the interests of the policyholders, the Agent and the Companies and J failure to conform to normal good business practice.

Your district manager or a representative of the Companies will be contacting you to arrange for your return to the Companies of all confidential property belonging to the Companies, including manuals, lists and policy records, and to handle any other matters involved with the termination of your AAA.

Regards,

Jeff Kleckner
Authorized Representative of the Companies

cc:     Contract File — 12-46-39