IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| FARMERS INSURANCE EXCHANGE, et al., | |
|---|---|
| Plaintiffs, | 8:17-CV-261 |
| vs. | JUDGMENT |
| GANON VAN DYKE, | |
| Defendant. | |

Pursuant to the parties' Stipulated Motion and Order for Dismissal with Prejudice (filing 45), this case is dismissed with prejudice, subject to the terms of the parties' stipulation as if set forth herein, with each party to pay their own costs and attorney's fees.

Dated this 2nd day of November, 2018.

BY THE COURT:

John M. Gerrard
Chief United States District Judge